IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SARAH CROSKEY, | ) |
| | ) CIVIL ACTION NO. 2:20-cv-1991 |
| Plaintiff, | ) |
| | ) Hon. William S. Stickman IV |
| v. | ) |
| | ) |
| MPOWER ENERGY, LLC and | ) |
| MPOWER DIRECT, LLC, | ) |
| | ) *ELECTRONICALLY FILED* |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

Plaintiff, SARAH CROSKEY, and Defendants, MPOWER ENERGY, LLC and MPOWER DIRECT, LLC, by their undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree that the above-captioned action is dismissed with prejudice, each party to bear their own costs.

Respectfully Submitted,

| | |
|---|---|
| */s/ Derrek W. Cummings* | */s/ Sean R. Riley* |
| Derrek W. Cummings, Esquire | Sean R. Riley, Esquire |
| dcummings@weisbergcummings.com | sriley@fmglaw.com |
| | |
| WEISBERG CUMMINGS, P.C. | FREEMAN MATHIS & GARY, LLP |
| 2704 Commerce Drive, Suite B | 2009 Mackenzie Way, Suite 100 |
| Harrisburg, PA 17110-9380 | Cranberry Twp., PA 16066-5338 |
| (717) 260-3646 | (215) 279-8073 |
| (717) 233-8133 (Fax) | (215) 279-8072 (Fax) |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

## **CERTIFICATE OF SERVICE**

I, Derrek W. Cummings, hereby certify that the foregoing has been filed electronically and is available for viewing and downloading through the Court's Electronic Case Filing (ECF) System. Upon the electronic filing of a pleading or other document, the Court's ECF System will automatically generate and send a Notice of Electronic Filing to all Filing Users associated with that case.


February 4, 2022                              */s/ Derrek W. Cummings*
Date                                                  Derrek W. Cummings